# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Atrium Corporate Capital Limited

                                        Plaintiff,

v.                                                      Case No.: 1:23−cv−01279

                                                        Honorable John Robert Blakey

Lows Point, LLC

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 6, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' stipulated motion to dismiss [18] and hereby dismisses this case with prejudice under Rule 41(a). The Court denies as moot the motion to dismiss [11] and strikes all set dates and deadlines. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.